**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JULIE SU**, Acting Secretary of the United States Department of Labor, | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | |
| v. | | Civil No. 23-836-JRR |
| | * | |
| **PROTECTIVE SERVICE OFFICERS UNITED**, | * | |
| | * | |
| *Defendant.* | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by and through undersigned counsel, moves for summary judgment. The grounds in support thereof are more fully set forth in the accompanying Memorandum of Law and exhibits referenced therein. A proposed order is enclosed.

Respectfully submitted,

Erek L. Barron
United States Attorney

/s/ Matthew A. Haven
Matthew A. Haven
Assistant U.S. Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
(410) 209-4800

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JULIE SU**, Acting Secretary of the United States Department of Labor, | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | |
| v. | | Civil No. 23-836-JRR |
| | * | |
| **PROTECTIVE SERVICE OFFICERS UNITED**, | * | |
| | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

Upon consideration of Plaintiff's Motion for Summary Judgment and any Opposition and Reply thereto, it is this ____ day of _____, 2024 hereby **ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED**; and

2. **JUDGMENT IS ENTERED** in Plaintiff's favor on all counts in the Complaint; and

3. The September 30, 2022 Election of union officers conducted by Defendant for the offices of President and three Trustees is hereby **VOID**.

4. Defendant **SHALL** conduct a **NEW ELECTION** for these offices under Plaintiff's supervision and in accordance with all controlling legal authorities.

5. Plaintiff is **AWARDED ALL COSTS** associated with prosecuting this action, including but not limited to, a filing fee, as authorized by 28 U.S.C. § 2412(a)(2).

_____
Hon. Julie R. Rubin
United States District Court Judge

2