**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**LORI CHAVEZ-DEREMER, Secretary of
the U.S. Department of Labor,**

      *Plaintiff*,

      v.

**PROTECTIVE SERVICE OFFICERS
UNITED,**

      *Defendant*.

**Civil No.: 1:23-cv-00836-JRR**

## ORDER

Pending before the court is the Motion for Summary Judgment of Plaintiff Lori Chavez-DeRemer,[1] Secretary of the United States Department of Labor (the "Secretary").  (ECF No. 39; the "Motion.")  The court has reviewed all papers; no hearing is necessary.  Local Rule 105. (D. Md. 2023).  For the reasons set forth in the accompanying memorandum opinion, it is this 20th day of May 2025:

      **ORDERED** that the Secretary's Motion shall be, and is hereby, **GRANTED**; and further it is

      **ORDERED** that **JUDGMENT** is entered for the Secretary and against Defendant on all counts; and further it is

      **ORDERED** that Defendant's September 30, 2022, Election of union officers for the offices of President and three Trustees is **VOID and of no effect**; and further it is

      **ORDERED** that Defendant shall **CONDUCT A NEW ELECTION** for the aforementioned officers under the Secretary's supervision; and further it is

---

[1] Lori Chavez-DeRemer was sworn in as Secretary of the U.S. Department of Labor on March 11, 2025. Pursuant to Federal Rule of Civil Procedure 25(d), Madam Clerk shall substitute Lori Chavez-DeRemer for Julie A. Su as Plaintiff in this action.

**ORDERED** that the Secretary shall file her motion for costs in accordance with 28 U.S.C.

§ 2412(a)(2) within 21 days of this order, unless the parties stipulate otherwise.

/S/

_____

Julie R. Rubin
United States District Judge