**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **LORI CHAVEZ DEREMER**, | * |
| *Plaintiff*, | * |
| v. | *      Civil No. 23-836-JRR |
| **PROTECTIVE SERVICE OFFICERS UNITED**, | * |
| | * |
| *Defendant.* | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## SUPPLEMENT TO JOINT STATUS REPORT

Pursuant to the Court's December 2, 2025, Order (ECF 55) directing the parties to file a joint status report by December 9, 2025, the Parties jointly file this supplement to the September 2, 2025 Joint Status Report (ECF 49).

The ballot tally in the supervised election referenced in ECF 52 took place on September 27, 2025. No protests to the election were filed. The Department expects to file a final certification of the supervised election results within the next few weeks.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

/s/ *Justin P. Keating* (with permission)          _/s/ *Charles R. Gayle*_____
Justin P. Keating (Bar No. 17072)          Charles R. Gayle (Bar No. 14706)
Rodney W. Harrell (Bar No. 30678)          Assistant United States Attorney
BEINS, AXELROAD & KEATING, P.C.          36 South Charles Street
1800 Diagonal Rd., Suite 600          Fourth Floor
Alexandria, VA 22314          Baltimore, MD 21201
703-966-3193          410-209-4845
jkeating@beinsaxelrod.com          charles.gayle@usdoj.gov
rharrel@beinsaxelrod.com