**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**LORI CHAVEZ-DEREMER**, Secretary of the
United States Department of Labor,

    *Plaintiff*,

    v.                          Civil No. 23-836-JRR

**PROTECTIVE SERVICE OFFICERS
UNITED**,

    *Defendant.*

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

### CERTIFICATION OF ELECTION BY UNITED STATES DEPARTMENT OF LABOR

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to the Court's ORDER entered May 20, 2025 [ECF No. 43], in the United States District Court for the District of Maryland, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA"), 29 U.S.C. §§ 481-483, and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, therefore:

Pursuant to Section 402(c) of the LMRDA, and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Chrissandra Jones | President |
| Derrick Johnson | Trustee |
| Marcia Cooper | Trustee |
| Tarek Taylor | Trustee |

Signed this 25th day of February 2026.

_Molly Wagoner_

_____

Molly Wagoner, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor