IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LORI CHAVEZ-DEREMER**, Secretary of the United States Department of Labor, | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | |
| v. | | Civil No. 23-836-JRR |
| | * | |
| **PROTECTIVE SERVICE OFFICERS UNITED**, | * | |
| | * | |
| *Defendant.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DECLARATION OF MOLLY WAGONER**

I, Molly Wagoner, am the Chief of the Division of Enforcement, Office of Labor-Management Standards ("OLMS"), United States Department of Labor ("Department"). The Department supervised an election of officers of Protective Service Officers United, ("PSOs United"), which was held on September 27, 2025, pursuant to an Order entered May 20, 2025, by the Court ("the Supervised Election").

The Supervised Election included new elections for the positions of President and three Trustees. A pre-election conference was held on August 7, 2025. At this conference, proposed dates and rules for the conduct of the election were discussed. On August 8, 2025, a nomination notification was sent via email to all members and sent to all chief stewards to be posted on all union bulletin boards. The notice informed members that nominations for the offices of president, vice president, treasurer, recording secretary,[1] and three trustees would be accepted

---

[1] While the Court's May 20, 2025 Order voiding the PSOs United September 30, 2022 officer election only mandated the supervision of a new election for the offices of President and three Trustees, the Supervised Election

during a nomination meeting to be held on August 23, 2025, via Microsoft Teams at 2:00 p.m. The notice also indicated that nominations were permitted to be made via email to the OLMS Election Supervisor no later than 4:00 p.m. on August 22, 2025.

A nomination meeting was held on August 23, 2025.[2] The nomination meeting was chaired by PSO's United Member Cirilo Smith. Smith took nominations for each office, as well as the required second for each nomination. After each nomination was made and seconded, the OLMS Election Supervisor conducted a preliminary check on eligibility for the nominator, nominee, and seconder using dues remittance reports. The following nominations were made:

| Position | Nominee Name | Nominator/Second |
|---|---|---|
| President | Chrissandra Jones | Rasheedah Jordan and Arik Terry |
| President | Obi Orji | Pius Eroraha and Grace Rayemo |
| Vice President | Errol Robinson (unopposed) | Kim Harris and Chrissandra Jones |
| Treasurer | Nakia Savoy | Rasheedah Jordan and Chrissandra Jones |
| Treasurer | Kim Harris | Obi Orji and Derrick Johnson |
| Recording Secretary | Joneisha Massey (unopposed) | Nakia Savoy and Chrissandra Jones |
| Trustee | Tarek Taylor | Nakia Savoy and Rasheedah Jordan |
| Trustee | Lynnear Johnson | Nakia Savoy and Rasheedah Jordan |
| Trustee | Marcia Cooper | Nakia Savoy and Rasheedah Jordan |
| Trustee | Derrick Johnson | Kim Harris and Obi Orji |
| Trustee | Pius Eroraha | Derrick Johnson and Obi Orji |
| Trustee | Daniel Weidow | Kim Harris and Joneisha Massey |

occurred simultaneously with the union's regularly scheduled officer election. Therefore, nominations were accepted for all positions.

[2] Section 8(B) of the PSOs United bylaws provides that "[a]t least twenty (20) days prior to the date of the nomination meeting, specific notice of the date, time and place of the nominations meeting and the offices to be filled shall be mailed or shall be published in any Union publication mailed or emailed to the membership . . ." Due to delays in scheduling the initial meeting with PSOs United, the Department determined that it was not practicable to observe the union's 20-day nomination notice provision if it was to satisfy the other election deadlines contained in PSO United's bylaws. Given that all members were provided with 16-day notice of the nominations meeting via email and bulletin board, the Secretary determined that members were afforded a reasonable opportunity to nominate candidates of their choosing, 29 U.S.C. § 481(e), and that such notice was given in a manner "reasonably calculated to reach all members in good standing and in sufficient time to permit such members to nominate the candidates of their choice," 29 C.F.R. § 452.56. Accordingly, the Department concludes that the Supervised Election was conducted in accordance with Title IV of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA"), and in conformity with PSOs United's bylaws "so far as [was] lawful and practicable." 29 U.S.C. § 482(c).

All nominees except for Daniel Weidow accepted their nomination.

As provided in the PSOs United bylaws, to be eligible to hold office, a member must be in continuous good standing in PSOs United and actively employed in a bargaining unit represented by the union for a period of twenty-four (24) consecutive months prior to the month of nomination for said office. On August 24, 2025, it was determined that Lynnear Johnson was not eligible to hold office, as she was not actively employed in a bargaining unit represented by PSO's United. All other candidates were deemed eligible to run for office based on a review of their employment status and dues payments. The candidates for vice president and recording secretary were unopposed and therefore elected by acclamation.

A candidates meeting was held on August 27, 2025. Campaign rules were sent to all candidates on August 27, 2025.

On September 4, 2025, the ballots were printed, folded, and the ballot packages were completed in the OLMS Washington District Office. The ballot package included the election notice, the ballot, voting instructions, a secret ballot envelope, and a return ballot envelope. A total of 615 completed ballot packages were mailed to all members at their last known home address on September 5, 2025. The same day, a notification was sent via email to all members and posted on the union bulletin boards, notifying them that the ballots were mailed to their last known home address. The notice also instructed the members on how to request a duplicate ballot. Eleven ballot packages were returned undeliverable. Updated addresses were obtained for six of the returned undeliverables and remailed. An additional six duplicate ballots were requested and mailed.

Ballots had to be returned to the designated post office box by 12:30 p.m. on September 27, 2025. At 12:30 p.m. on September 27, 2025, the ballots were picked up from the post office

by the OLMS Election Supervisor. The ballots were then transported to the PSO's United union office and tallied. A total of 121 ballot packages were returned, 120 of which were verified and counted. One ballot was voided due to the member voting for all candidates with no discernible way to determine the voter's intent. There were no challenged ballots.

The ballot tally was conducted by OLMS representatives. The election results are as follows:

| Office | Candidate | Votes | Margin |
|---|---|---|---|
| President | **Chrissandra Jones** | **64** | 10 |
| | Obi Orji | 54 | |
| Treasurer | **Nakia Savoy** | **64** | 15 |
| | Kim Harris | 49 | |
| Trustee | **Derrick Johnson** | **87** | 1 |
| | **Marcia Cooper** | **84** | |
| | **Tarek Taylor** | **69** | |
| | Pius Eroraha | 68 | |

After the tally, the ballot tally certification form and election conduct certification form were signed by OLMS, and the PSOs United president was notified of the results. On September 29, 2025, the PSO's United office manager emailed the election results to the entire membership.

The newly elected officers were installed on October 1, 2025. There were no pre-election or post-election protests received.

The Department has determined that PSOs United's September 27, 2025 election of officers, conducted under the Department's supervision, complied with Title IV of the LMRDA and was conducted, insofar as lawful and practicable, in accordance with PSOs United's constitution and bylaws. Therefore, the results of this supervised election should be certified by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of February 2026, in the City of Washington, District of Columbia.

Molly Wagoner, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor