**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **LORI CHAVEZ-DEREMER**, Secretary of the United States Department of Labor, | * |
| | * |
| *Plaintiff,* | * |
| v. | Civil No. 23-836-JRR |
| | * |
| **PROTECTIVE SERVICE OFFICERS UNITED**, | * |
| | * |
| *Defendant.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DECLARING ELECTION RESULTS AND FINAL JUDGMENT

AND NOW, this 27th day of February 2026, upon consideration of the CERTIFICATION OF ELECTION dated February 25, 2026, filed by Plaintiff, Lori Chavez-DeRemer, Secretary of the United States Department of Labor,

1.    It is HEREBY DECLARED, pursuant to 29 U.S.C. § 482(c)(2), that the following persons are duly elected officers to the offices designated:

| | |
|---|---|
| Chrissandra Jones | President |
| Derrick Johnson | Trustee |
| Marcia Cooper | Trustee |
| Tarek Taylor | Trustee |

2.    It is HEREBY ORDERED that this matter is closed.

/s/
_____
Julie R. Rubin
United States District Judge